UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JINSOOK OHTA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS VARGAS-GUILLEN, <br><br> Defendant. | CASE NO. 25-CR-1587-JO <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR RAP SHEET AND TO ADVANCE SENTENCING |

For good cause shown and upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Sentencing Hearing currently set for September 5, 2025, at 8:30 a.m. be advanced to <u>**July 18, 2025, at 10:00 a.m.**</u> with RAP Sheet. The Court vacates the prior order for a PSR.

**IT IS SO ORDERED.**

DATED: 6/30/25.

_____
Hon. Jinsook Ohta
United States District Court Judge