**CARMEN Z. SHENASSA**
California State Bar No. 345122
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Carmen_Shenassa@fd.org

Attorneys for Mr. Vargas-Guillen

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE VARGAS-GUILLEN,<br><br>                    Defendant. | CASE NO.:   25-CR-1587-JO<br><br>Hon. Jinsook Ohta<br>Date: July 18, 2025<br>Time: 10:00 a.m.<br><br>SENTENCING MEMORANDUM |

**TO:** **ADAM GORDON**, ACTING UNITED STATES ATTORNEY; AND

 **DEREK KO**, ASSISTANT UNITED STATES ATTORNEY:

Jose Vargas-Guillen, by and through his counsel, Carmen Z. Shenassa, and the Federal Defenders of San Diego, Inc. hereby files this sentencing memorandum. **He respectfully requests this Court impose a sentence of time served.**

//

//

//

## I. INTRODUCTION

Jose Vargas-Guillen, by and through his counsel, Carmen Z. Shenassa and Federal Defenders of San Diego, Inc., hereby files the following Sentencing Memorandum and accompanying exhibit. The defense respectfully requests this Court impose a sentence of time-served. Mr. Vargas-Guillen will have served 102 days, or three months, in custody at the time of sentencing. Based on the 18 U.S.C § 3553(a) factors outlined below, the defense maintains that a sentence of time-served is sufficient, but not greater than necessary for Mr. Vargas-Guillen.

## II. PROCEDURAL HISTORY

On April 8, 2025, Mr. Vargas-Guillen was arrested after he was found in the United States. He pled guilty to an information charging him with one count of violating 8 U.S.C. Section 1326 (a) on June 5, 2025.

## III. MOTIVATION TO COMMIT THE OFFENSE

Most of Mr. Vargas-Guillen's immediate family lives in the United States. He participated in this offense with a single goal: to be with his family. He has had difficulty adjusting to life in the United States and he is remorseful for putting his family through the court process.

He understands that the decision to try and remain in the United States illegally is the wrong choice to make. Mr. Vargas-Guillen worked hard to provide for his family. His legacy will be that of his daughter who is currently in college. His daughter is the first of his family to attend college, he is proud of her and will support her from afar.

## IV. MR. VARGAS-GUILLEN HAS A PLAN TO ENSURE THAT HE NEVER RETURNS TO THE UNITED STATES

Mr. Vargas-Guillen is committed to residing and working in Mexico. This is his first immigration offense, and it has impressed on him the importance of remaining in Mexico. This time around he has a plan to remain in Mexico with the help of his extended family.

With the support of his family, Mr. Vargas-Guillen has a plan for the future

after his release from custody, he will look for work in construction.

## V.	Conclusion

Mr. Vargas-Guillen expresses remorse and regret for his actions. Although he was motivated by the love he has for his family, it was no excuse to break the law. He will not make that mistake again, and he will not return to the United States without permission. The instant case is Mr. Vargas-Guillen's first federal immigration-related offense. He respectfully asks the Court to consider this as his first and last re-entry. The past nearly three months in custody have sufficiently deterred Mr. Vargas-Guillen from crossing the border without permission.

For the reasons stated above, Mr. Vargas-Guillen respectfully requests a time-served sentence.

Respectfully submitted,

Dated: July 11, 2025

*s/ Carmen Z. Shenassa*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Vargas-Guillen
Email: Carmen_Shenassa@fd.org